**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

**No. 96-40761**
**Summary Calendar**

ASEMENDES WILLIAMS,

**Plaintiff-Appellant,**

**VERSUS**

KEITH J. PRICE, Warden, Coffield Unit; KEVIN MOORE,
Assistant Warden, Coffield Unit; STACY D. LAYTON, Sgt,
Coffield Unit; CARY GOLDEN, Sgt, Coffield Unit; BOBBY A. PARTON,
Lt, Coffield Unit; BRIAN T. PARKER, Correctional Officer,
Coffield Unit; JAMES W. SUBER, Correctional Officer, Coffield
Unit; TYDE R. WEIL, Correctional Officer, Coffield Unit,

**Defendants-Appellees.**

Appeal from the United States District Court
For the Eastern District of Texas
USDC No. 6:95-CV-954

July 30, 1997

Before JONES, DeMOSS, and PARKER, Circuit Judges.

PER CURIAM:[*]

AFFIRMED. See 5TH CIR. R. 47.6.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.